# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRANDON HANNA, ) | Case No. 2:21-cv-03889 |
| ) | |
| Plaintiff, ) | JUDGE ALGENON L. MARBLEY |
| ) | |
| v. ) | MAGISTRATE JUDGE ELIZABETH |
| ) | PRESTON DEAVERS |
| RYDER TRUCK RENTAL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice.  Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 28th day of February, 2022.


*/s/Trisha M. Breedlove*             */s/Maureen R. Knight* (email approval 2/28/22)
Trisha M. Breedlove (0095852)        Maureen R. Knight, admitted *pro hac vice*
SPITZ                                Constangy, Brooks, Smith & Prophete, LLP
1103 Schrock Road, Suite 307         12500 Fair Lakes Circle, Suite 300
Columbus, Ohio 43229                 Fairfax, Virginia 22033
Telephone: (216) 291-4744            Telephone: (571) 522-6106
Facsimile: (216) 291-5744            Facsimile: (571) 281-2853
trisha.breedlove@spitzlawfirm.com    mknight@constangy.com
*Counsel for Plaintiff*

                                                                                        Monica L. Frantz (0090878)
                                                                                        Roetzel & Andress, LPA
                                                                                        1375 East Ninth Street
                                                                                        One Cleveland Center, 10th Floor
                                                                                        Cleveland, Ohio 44114
                                                                                        Telephone: (216) 820-4241
                                                                                        Facsimile: (216) 623-0134
                                                                                        mfrantz@ralaw.com
                                                                                        *Counsel for Defendants*